CO-386-online
10/03

# United States District Court
# For the District of Columbia

FIX THE COURT )
)
)
)
)
               Plaintiff )   Civil Action No._____
vs )
DEPARTMENT OF JUSTICE )
)
)
              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __FIX THE COURT_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FIX THE COURT_____ which have any outstanding securities in the hands of the public:

    NONE.

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record
                                        Signature

360418
BAR IDENTIFICATION NO.

David L. Sobel
Print Name

5335 Wisconsin Ave., NW, Suite 640
Address

Washington, DC 20015
City       State       Zip Code

202-246-6180
Phone Number