## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FIX THE COURT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 19-1001 (TNM) |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF MAILING

I, Elizabeth L. Critchley, hereby state that:

On April 15, 2019, I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, postage pre-paid, first-class certified mail addressed to the following parties, with the following receipt numbers (receipts attached hereto):

Department of Justice                    Receipt No. 70160600000079248017

U.S. Attorney General                  Receipt No. 70190160000021858237

Office of the U.S. Attorney          Receipt No.  70160600000079248000

As reflected in the attached tracking reports from the U.S. Postal Service, the certified mail described above was received on the following dates:

Department of Justice                    April 22, 2019

U.S. Attorney General                  April 22, 2019

Office of the U.S. Attorney          April 22, 2019

I declare under penalty of perjury that the foregoing is true and correct.

May 6, 2019
Date

Elizabeth L. Critchley





# USPS Tracking®

**FAQs ›  (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package  +

**Tracking Number:** 70190160000021858237

Remove ✕

**Expected Delivery on**

## MONDAY
# 22  APRIL
2019 ⓘ  │  by
**8:00pm** ⓘ

## ⊘ Delivered

April 22, 2019 at 4:55 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                        ⌃

**April 22, 2019, 4:55 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:55 am on April 22, 2019 in WASHINGTON, DC 20530.

---

**April 21, 2019, 1:14 pm**
Available for Pickup
WASHINGTON, DC 20530

**April 21, 2019, 10:57 am**
Arrived at Hub
WASHINGTON, DC 20018

**April 20, 2019**
In Transit to Next Facility

**April 16, 2019, 12:52 am**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 15, 2019, 10:42 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 15, 2019, 12:07 pm**
USPS in possession of item
WASHINGTON, DC 20015

**Product Information**                                    ⌄

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

**FAQs** ❯ **(https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package  **+**

**Tracking Number:** 70160600000079248000                              Remove ✕

**Expected Delivery on**

## MONDAY
# 22   APRIL
2019 ⓘ   │   by
**8:00pm** ⓘ

## ✓ Delivered

April 22, 2019 at 4:55 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌃

**April 22, 2019, 4:55 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:55 am on April 22, 2019 in WASHINGTON, DC 20530.

---

**April 21, 2019, 1:14 pm**
Available for Pickup
WASHINGTON, DC 20530

**April 21, 2019, 10:57 am**
Arrived at Hub
WASHINGTON, DC 20018

**April 20, 2019**
In Transit to Next Facility

**April 16, 2019, 12:52 am**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 15, 2019, 10:43 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 15, 2019, 12:07 pm**
USPS in possession of item
WASHINGTON, DC 20015



**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

**FAQs** ❯ **(https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

**Tracking Number:** 70160600000079248017

Remove ✕

**Expected Delivery on**

## MONDAY
# 22
APRIL
2019 ⓘ

by
## 8:00pm ⓘ

### ⊘ **Delivered**

April 22, 2019 at 4:55 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

---

**Text & Email Updates**                                           ⌄

---

**Tracking History**                                               ⌃

**April 22, 2019, 4:55 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:55 am on April 22, 2019 in WASHINGTON, DC 20530.

---

**April 21, 2019, 1:14 pm**
Available for Pickup
WASHINGTON, DC 20530

**April 21, 2019, 10:57 am**
Arrived at Hub
WASHINGTON, DC 20018

**April 20, 2019**
In Transit to Next Facility

**April 16, 2019, 12:51 am**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 15, 2019, 10:33 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 15, 2019, 12:07 pm**
USPS in possession of item
WASHINGTON, DC 20015

**Product Information**

S

## Get your package status sent to you.

With the **Informed Delivery®** feature, you can sign up for free alerts about packages on the way. You can also leave USPS Delivery Instructions® or schedule redeliveries via the online dashboard or mobile app.

**Learn More** ❯
**(https://informeddelivery.usps.com/box/pages/intro/start.action?
sitespect=1&ss=di2.2-ta-3.15)**

See FAQs (https://usps.force.com/faq/s/article/Informed-
Delivery-The-Basics?ss=di2.2-ta-3.15) and User
Agreement & Privacy Policy (http://about.usps.com/who-
we-are/privacy-policy/privacy-policy-highlights.htm?
ss=di2.2-ta-3.15)



## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**