UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
FIX THE COURT,                                )
                                              )
              **Plaintiff,**     )
                                              )
              **v.**             )
                                              )   Case No. 19-cv-1001 (TNM)
UNITED STATES DEPARTMENT                      )
  OF JUSTICE,                                 )
                                              )
              **Defendant.**     )
_____)

**CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

       Defendant, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 30 days, to, and including, June 21, 2019, to answer or otherwise respond to the Complaint in this matter.  As grounds for this motion, Defendant states as follows.

       1.     This action under the Freedom of Information Act was filed on April 12, 2019, and, according to the docket, was delivered to the office of the United States Attorney on or about April 22, 2019.   Accordingly, the docket states that Defendant's current deadline to answer or otherwise respond to the Complaint is May 22, 2019.

       2.     Good cause exists for the requested extension.   Due to scheduling commitments in other matters, including depositions on May 15, 2019, in advance of a discovery cut-off date of May 23, 2019 in another matter, undersigned counsel requires additional time to confer with the agency and to prepare a response to the Complaint.   The requested extension also takes into consideration existing scheduling commitments during the requested extension period in other

matters.  Accordingly, Defendant requests that the Court extend Defendant's deadline to answer or otherwise respond to the Complaint to June 21, 2019.

3. This is the first request for extension made by Defendant with respect to its deadline to respond to the Complaint. There are currently no other deadlines scheduled in this case and, thus, the requested extension will not impact any other existing deadlines.

4. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel has conferred with counsel for Plaintiff regarding the requested extension and counsel for Plaintiff has stated that he consents to the extension request.  A proposed order is attached.

                                                Respectfully submitted,

                                                JESSIE K. LIU, D.C. BAR #472845
                                                United States Attorney

                                                DANIEL F. VAN HORN, D.C. BAR # 924092
                                                Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov