UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**FIX THE COURT,**                          )
                                            )
        **Plaintiff,**     )
                                            )
    **v.**                                )
                                            )    **Case No. 19-cv-1001 (TNM)**
**UNITED STATES DEPARTMENT**                )
  **OF JUSTICE,**                         )
                                            )
        **Defendant.**     )
_____)

## **ORDER**

Upon consideration of the Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint, the lack of opposition thereto, and the entire record herein, it is this _____ day of May 2019,

    **ORDERED** that the Motion is **GRANTED**; and it is

    **FURTHER ORDERED** that Defendant shall have to, and including, June 21, 2019, to answer or otherwise respond to the Complaint.

                **SO ORDERED.**

                _____
                United States District Judge