## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,             )
                              )
            Plaintiff,     )
                              )       Civil Action No.  1:19-CV-01001-TNM
    v.                   )
                              )
DEPARTMENT OF JUSTICE,   )
                              )
            Defendant.   )
                              )

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE of the substitution of counsel for Defendant, the United States Department of Justice.  Jonathan D. Kossak, an attorney with the United States Department of Justice, Civil Division, hereby enters his appearance and will replace Jeremy Simon of the U.S. Attorney's Office for the District of Columbia, who should be withdrawn as counsel for Defendant.

Dated:  June 10, 2019             Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ Jonathan D. Kossak

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Notice of Substitution of Counsel with the Clerk of the Court through the ECF system on June 10, 2019.  This system provided a copy to and effected service of this document on all parties.

/s/ Jonathan D. Kossak

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch