**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FIX THE COURT,                                         )
1875 Connecticut Ave., NW, Suite 1000    )
Washington, D.C. 20009                          )
                                                                )
                                 Plaintiff,              )
                                                                )          Civil Action No.  1:19-CV-01001-TNM
             v.                                             )
                                                                )
DEPARTMENT OF JUSTICE,                 )
950 Pennsylvania Ave., NW                   )
Washington, D.C. 20530                          )
                                 Defendant.          )
_____ )

## DEFENDANT'S ANSWER

Defendant, the United States Department of Justice, by and through its undersigned

counsel, hereby answers Plaintiff Fix the Court's Complaint, ECF No. 1, as follows.

1.        Paragraph 1 consists of Plaintiff's characterization of this lawsuit, to which no

response is required.  To the extent a response is deemed required, Defendant denies that

Plaintiff is entitled to the injunctive and declaratory relief it seeks.

2.        Paragraph 2 consists of Plaintiff's legal conclusions regarding jurisdiction and

venue, to which no response is required.

3.        Defendant lacks knowledge or information sufficient to form a belief about the

truth of the allegations in Paragraph 3.

4.        Admit.

5.        Defendant admits that Plaintiff submitted a Freedom of Information Act ("FOIA")

request to the U.S. Marshals Service ("USMS") on March 23, 2018 and respectfully refers the

Court to that request for a complete and accurate statement of its contents.

6.      Defendant admits that USMS sent Plaintiff a letter on July 11, 2018.  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

7.      Defendant admits that USMS sent Plaintiff a letter dated September 27, 2018, in which it informed Plaintiff that its FOIA request was being "remand[ed] . . . to USMS for further processing."  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

8.      Defendant admits that USMS has received emails since September 2018 from a representative of Plaintiff inquiring about the status of the FOIA request alleged in the Complaint.

9.      Defendant admits that it has not, in regard to Plaintiff's FOIA request alleged in the Complaint, issued a response providing a determination as to whether it will release or withhold any of the requested records in whole or in part or the reasons for any such determination.

10.     In Paragraph 10, Plaintiff realleges Paragraphs 1 through 9 as if fully stated therein.  Defendant thus incorporates by reference here its answers to those paragraphs.

11.     Paragraph 11 consists of legal conclusions, to which no response is required.

12.     Paragraph 12 consists of legal conclusions, to which no response is required.

13.     Paragraph 13 consists of legal conclusions, to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the injunctive and declaratory relief it seeks.

The final section of the Complaint, titled "Requested Relief," consists of Plaintiff's request for relief, to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief it seeks.

Each and every allegation of the Complaint not heretofore expressly responded to is hereby denied.

## DEFENSES

1.      Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

2.      Plaintiff is not entitled to compel production of documents exempt from disclosure by one or more exemptions of the FOIA or that do not constitute "records" as defined by the FOIA, 5 U.S.C. § 552.

WHEREFORE, having answered, Defendant prays that:

1.      This Court enter judgment for Defendant and dismiss this action with prejudice; and

2.      Defendant be granted such further relief as the Court may deem just and proper.

Dated:  June 21, 2019                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Jonathan D. Kossak

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Answer with the Clerk of the Court through the ECF system on June 21, 2019.  This system provided a copy to and effected service of this document on all parties.

/s/ Jonathan D. Kossak

JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch