UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | No. 1:19-cv-01001 (TNM) |

**JOINT STATUS REPORT**

  Pursuant to the Court's Minute Order of June 24, 2019, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Joint Status Report regarding a proposed schedule for proceeding in this matter. Minute Order (June 24, 2019).

  The parties are currently in the process of meeting and conferring about the scope of Plaintiff's FOIA request and the agency's response. Specifically, DOJ is working on a proposal to decrease the burden on the agency of processing all records responsive to Plaintiff's request while providing Plaintiff with the more precise record(s) it believes Plaintiff is interested in. The parties therefore propose to provide the Court with another Joint Status Report in thirty days, by Wednesday, August 14, 2019, in which they anticipate being able to submit a joint proposed schedule for proceeding in this matter. Accordingly, it is premature at this time for DOJ to identify the number of documents responsive to Plaintiff's FOIA request, the anticipated dates for release of responsive records, whether a Vaughn index will be required, or whether a briefing schedule for dispositive motions will be

required.  *See id*.  DOJ does not believe a motion for an Open America stay is likely in this case.  *Id*.

<u>Plaintiff's position</u>

During the course of the parties' discussions, Plaintiff noted that the FOIA request at issue in this case was submitted to DOJ on March 23, 2018.  Plaintiff further noted that it had consented to Defendant's request for an extension of time in which to answer the complaint.  ECF No. 7.  Plaintiff advised Defendant that, while it would reluctantly consent to a further delay in the proceedings (as now requested by Defendant), Plaintiff intends to request that the Court schedule a status conference in the event that Defendant does not propose a document processing schedule that is acceptable to plaintiff within the next thirty days.

Dated: July 15, 2019	Respectfully submitted,

/s/ David L. Sobel
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*