UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

        *Plaintiff*,

v.

DEPARTMENT OF JUSTICE,

        *Defendant*.

No. 1:19-cv-01001 (TNM)

**SECOND JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 15, 2019, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Second Joint Status Report regarding a proposed schedule for proceeding in this matter. Minute Order (July 15, 2019).

The parties continue to meet and confer about the scope of Plaintiff's two-part FOIA request and the agency's response. Specifically, on August 6, 2019, DOJ, via its component, the U.S. Marshals Service ("USMS"), issued an interim release letter addressing both subparts of Plaintiff's FOIA request and two redacted non-exempt records responsive to subpart one of Plaintiff's FOIA request. DOJ believes that these records provide Plaintiff the information it seeks in as comprehensive and direct a fashion as possible without requiring more time-consuming processing of less relevant records. Plaintiff has not yet had the opportunity to fully review and digest the DOJ's interim release and therefore the parties propose to report back to the Court by Wednesday, September 18, 2019, at which point they anticipate being able to submit a joint proposed schedule for proceeding in this matter.

Dated: August 14, 2019	Respectfully submitted,

/s/ David L. Sobel
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*