UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

        *Plaintiff*,

v.

DEPARTMENT OF JUSTICE,

        *Defendant*.

No. 1:19-cv-01001 (TNM)

**THIRD JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of August 14, 2019, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Third Joint Status Report regarding a proposed schedule for proceeding in this matter. Minute Order (Aug. 14, 2019).

The parties have reached agreement regarding the scope of Plaintiff's two-part FOIA request and the agency's response. Specifically, on August 6, 2019, DOJ, via its component, the U.S. Marshals Service ("USMS"), issued an interim release letter addressing both subparts of Plaintiff's FOIA request and releasing two redacted non-exempt records responsive to subpart one of Plaintiff's FOIA request. Plaintiff reviewed the interim release and requested that USMS release an additional, discrete set of records connected to the two redacted non-exempt records USMS released on August 6, 2019.

USMS has agreed to make its best efforts to make such a production on or before November 1, 2019. Plaintiff will need time to review the production. The parties propose to report to the Court by Wednesday, Nov. 27, 2019, should any issues remain outstanding.

1

Dated: September 18, 2019                 Respectfully submitted,

/s/ *David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*