UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>                    *Defendant*. | No. 1:19-cv-01001 (TNM) |

## FOURTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order of September 19, 2019, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Fourth Joint Status Report regarding a proposed schedule for proceeding in this matter. Minute Order (Sept. 19, 2019).

In its Third Joint Status Report, *see* ECF No. 12, filed on September 18, 2019, the parties reported that they had reached agreement regarding the scope of Plaintiff's two-part FOIA request and the agency's response. Specifically, the parties reported that on August 6, 2019, DOJ, via its component, the U.S. Marshals Service ("USMS"), issued to Plaintiff an interim release letter addressing both subparts of Plaintiff's FOIA request, and produced to Plaintiff two redacted non-exempt records responsive to subpart one of Plaintiff's FOIA request. Plaintiff reviewed the interim release and requested that USMS produce an additional, discrete set of records related to USMS's August 6, 2019 production.

USMS agreed to make its best efforts to make such a production on or before November 1, 2019. Plaintiff requested time to review the production. The parties proposed to report to the Court by Wednesday, Nov. 27, 2019, should any issues remain outstanding.

USMS produced 414 pages of records to Plaintiff on November 1, 2019. After reviewing the records, Plaintiff sought a supplemental production from USMS totaling approximately 3,400 pages of records in full and final satisfaction of Plaintiff's two-part FOIA request. USMS has agreed to accommodate this supplemental request. After conferring over a processing schedule, the parties have agreed to the following:

- Beginning on January 10, 2020, and continuing on the 10th of each month thereafter (or, if that date is a weekend or federal holiday, the next business day), Defendant will process at least 250 pages of the requested records, subject to redactions, until Defendant has processed all of the approximately 3,400 pages of records requested by Plaintiffs.[1]

- Defendant, at its discretion, may process documents prior to the 10th of each month and may process more than 250 pages if its resources permit.

- Defendant agrees to confer with Plaintiff again on August 1, 2020, to discuss the feasibility of a more robust monthly processing volume.

- Plaintiff agrees not to contest Defendant's redactions as long as they are consistent with the redactions in those records previously produced to Plaintiff in this litigation.

The parties agree to report back to the Court on their progress every 6 months until Defendant's records processing is complete. Specifically, the parties will file joint status reports on June 15, 2020, December 15, 2020, and then thirty days after the final monthly processing, and, in any event, no later than June 15, 2021.

---

[1] Given the nature of the records, it may be more efficient for Defendant to reprocess the 414 pages of records along with the 3,400 pages of supplemental records, in which case, the total processing will be approximately 3,814 pages of records.

Dated: November 26, 2019						Respectfully submitted,

/s/ *David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:   jonathan.kossak@usdoj.gov

*Counsel for Defendant*