UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

          *Plaintiff*,

v.

DEPARTMENT OF JUSTICE,

          *Defendant*.

No. 1:19-cv-01001 (TNM)

## FIFTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order of December 2, 2019, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Fifth Joint Status Report regarding a proposed schedule for proceeding in this matter. Minute Order (Dec. 2, 2019).

In its Fourth Joint Status Report, *see* ECF No. 13, filed on November 26, 2019, the Parties reported that they had reached agreement on a processing schedule in terms of DOJ's response to Plaintiff's two-part FOIA request. Specifically, the Parties agreed that starting on January 10, 2020, DOJ, via its component, the U.S. Marshals Service ("USMS"), would process responsive non-exempt records as follows:

> Beginning on January 10, 2020, and continuing on the 10th of each month thereafter (or, if that date is a weekend or federal holiday, the next business day), Defendant agrees to process at least 250 pages of the requested records, subject to redactions, until Defendant has processed all of the approximately 3,814 pages of records requested by Plaintiffs.

*Id*. Pursuant to this schedule, Defendant released at least 250 pages of the requested responsive non-exempt records to Plaintiff on January 10, 2020, February 10, 2020, and March 10, 2020, and will release another 250 pages of the requested records tomorrow, April 10, 2020. Pursuant to the Parties' agreement as described in the Fourth Joint Status Report,

1

*see id.*, Plaintiff has not contested Defendant's redactions, which have been consistent with the redactions in those records previously produced to Plaintiff in this litigation.  Defendant currently intends to continue releasing records according to the Parties' agreed-upon schedule, and will confer with Plaintiff if conditions change.  Per the Parties' agreement as described in the Fourth Joint Status Report, *see id.*, Defendant will confer with Plaintiff again on August 1, 2020, to discuss the feasibility of a more robust monthly processing volume.

The Parties will file another joint status report on July 15, 2020, to apprise the Court of their progress.

Dated: April 9, 2020                                                  Respectfully submitted,

/s/ *David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*