UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

                *Plaintiff*,

   v.

DEPARTMENT OF JUSTICE,

                *Defendant*.

No. 1:19-cv-01001 (TNM)

## SIXTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order to Show Cause of July 20, 2020, and with apologies to the Court for failing to provide this Sixth Joint Status Report on July 15, 2020, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Sixth Joint Status Report. *See* Minute Order (July 20, 2019) (permitting the parties to file this JSR in lieu of a memorandum showing cause).

In its Fourth Joint Status Report, *see* ECF No. 13, filed on November 26, 2019, the Parties reported that they had reached agreement on a processing schedule in terms of DOJ's response to Plaintiff's two-part FOIA request. Specifically, the Parties agreed that starting on January 10, 2020, DOJ, via its component, the U.S. Marshals Service ("USMS"), would process responsive non-exempt records as follows:

> Beginning on January 10, 2020, and continuing on the 10th of each month thereafter (or, if that date is a weekend or federal holiday, the next business day), Defendant agrees to process at least 250 pages of the requested records, subject to redactions, until Defendant has processed all of the approximately 3,814 pages of records requested by Plaintiffs.

*Id*. Pursuant to this schedule, Defendant released at least 250 pages of the requested responsive non-exempt records to Plaintiff on January 10, 2020, February 10, 2020, March

10, 2020, April 10, 2020, May 10, 2020, June 10, 2020, and July 10, 2020. Pursuant to the Parties' agreement as described in the Fourth Joint Status Report, *see id*., Plaintiff has not contested Defendant's redactions, which have been consistent with the redactions in those records previously produced to Plaintiff in this litigation. Defendant currently intends to continue releasing records according to the Parties' agreed-upon schedule, and will confer with Plaintiff if conditions change. At this rate, Defendant believes it will take approximately another eight months to complete its production. At this time, it is not feasible for Defendant to increase its monthly processing volume.

The Parties agree to file another joint status report on October 20, 2020, to apprise the Court of their progress.

Dated: July 21, 2020              Respectfully submitted,

/s/ *David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*

ETHAN P. DAVIS
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612

3

        Fax. (202) 616-8460
        Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*