UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

                *Plaintiff*,

    v.

DEPARTMENT OF JUSTICE,

                *Defendant*.

No. 1:19-cv-01001 (TNM)

## SEVENTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order of July 22, 2020, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Seventh Joint Status Report.

In its Fourth Joint Status Report, *see* ECF No. 13, filed on November 26, 2019, the Parties reported that they had reached agreement on a processing schedule in terms of DOJ's response to Plaintiff's two-part FOIA request. Specifically, the Parties agreed that starting on January 10, 2020, DOJ, via its component, the U.S. Marshals Service ("USMS"), would process responsive non-exempt records as follows:

> Beginning on January 10, 2020, and continuing on the 10th of each month thereafter (or, if that date is a weekend or federal holiday, the next business day), Defendant agrees to process at least 250 pages of the requested records, subject to redactions, until Defendant has processed all of the approximately 3,814 pages of records requested by Plaintiffs.

*Id*. Pursuant to this schedule, Defendant have processed and released at least 250 pages of the requested responsive non-exempt records to Plaintiff on January 10, 2020, February 10, 2020, March 10, 2020, April 10, 2020, May 10, 2020, June 10, 2020, July 10, 2020, August 10, 2020, September 10, 2020, and October 12, 2020. Pursuant to the Parties' agreement as

described in the Fourth Joint Status Report, *see id*., Plaintiff has not contested Defendant's redactions, which have been consistent with the redactions in those records previously produced to Plaintiff in this litigation.  Defendant currently intends to continue processing records according to the Parties' agreed-upon schedule, and will confer with Plaintiff if conditions change.  At this rate, Defendant believes it will take approximately another six more monthly productions to complete its production, which would make the final release date April 10, 2021.  At this time, it is not feasible for Defendant to increase its monthly processing rate.

The Parties agree to file another joint status report on January 27, 2021, to apprise the Court of their progress.

Dated: October 20, 2020

Respectfully submitted,

/s/ *David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612

        Fax. (202) 616-8460  
        Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*