UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　　　　*Plaintiff*,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　*Defendant*. | No. 1:19-cv-01001 (TNM) |

## **EIGHTH JOINT STATUS REPORT**

　　　　Pursuant to the Court's Minute Order of January 28, 2021, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Eighth Joint Status Report in this Freedom of Information Act ("FOIA") matter.  The Parties sincerely apologize for inadvertently neglecting to file a Joint Status Report in compliance with the Court's July 22, 2020 Minute Order requiring the Parties to file a Joint Status Report every 90 days.  In the Parties' Seventh JSR filed on October 20, 2020, *see* ECF No. 16, they agreed to file another joint status report on January 27, 2021.  Undersigned counsel both inadvertently neglected to calendar this date and for that reason, failed to file the status report.  The Parties thus respectfully submit that there is good cause for this untimely filing.  *See* Jan. 28, 2021 Minute Order (providing that the parties may file a status report that establishes good cause for the untimely filing instead of showing cause why sanctions should not be imposed).

　　　　Defendant has continued to release approximately 250 pages of the requested responsive non-exempt records to Plaintiff every 10th of the month as it has since January 10, 2020, *see* ECF No. 16, including on November 10, 2020, December 10, 2020, and January 10, 2021.  Defendant reported in the prior (Seventh) JSR that it believed it would need until approximately April 10,

1

2021, to finalize its production. That remains the case. The Parties propose to file another joint status report on May 5, 2021, in which they will submit a proposal for proceeding to the conclusion of this litigation.

Dated: February 2, 2021                    Respectfully submitted,

/s/ *David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*