UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | No. 1:19-cv-01001 (TNM) |

### NINTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 2, 2021, Plaintiff, Fix the Court, and Defendant, the U.S. Department of Justice ("DOJ"), respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") matter. Defendant finalized its production in this matter on April 10, 2021. The Parties have since engaged in negotiations in an effort to resolve this litigation and hereby report that they have an agreement in principle to settle the case, subject to formal approval. The Parties are in the process of finalizing the agreement and anticipate filing a notice of dismissal in June 2021. Accordingly, the Parties request that all deadlines in this matter be vacated.

Dated: May 5, 2021

Respectfully submitted,

/s/ *David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Ave., NW
Suite 640
Washington, DC 20015
Tel. (202) 246-6180
Email: sobel@att.net

*Counsel for Plaintiff*

1

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*